852 A.2d 188

THOMAS J. PAUL, JR., PLAINTIFF–PETITIONER, v. ROBERT J. PASSERO, DEFENDANT–RESPONDENT.

June 4, 2004.

It is ORDERED that the petition for certification is dismissed as moot on the grounds that plaintiff's appeal is still pending in the Appellate Division.

852 A.2d 188

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MORTIMER HETSBERGER, DEFENDANT–PETITIONER.

June 17, 2004.

ORDERED that the petition for certification is granted, the dismissal of defendant's appeal is summarily reversed, and the matter is remanded to the Appellate Division to reinstate defendant's appeal and to consider it on the merits.